VULCAN MATERIALS CO. v. GUILFORD COUNTY BD. OF COMRS.

No. 364P94

Case below: 115 N.C.App. 319

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.


PETITIONS TO REHEAR

CAPITAL OUTDOOR ADVERTISING v. CITY OF RALEIGH

No. 136PA93

Case below: 337 N.C. 150

Petition by plaintiff to rehear pursuant to Rule 31 denied 5 October 1994.

PHELPS v. PHELPS

No. 144PA93

Case below: 337 N.C. 344

Petition by plaintiff to rehear pursuant to Rule 31 denied 5 October 1994.